IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ANGEL NUNEZ VIERA, | No. 3:19-CV-02138 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| CLARE DOLL, | |
| Respondent. | |

## ORDER

### AUGUST 24, 2020

Luis Angel Nunez Viera, an individual previously detained by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), filed this 28 U.S.C. § 2241 petition seeking an individualized bond hearing pending his removal from the United States.[1] On August 6, 2020, Magistrate Judge Joseph F. Saporito, Jr., issued a Report and Recommendation recommending that this Court dismiss as moot Nunez Viera's petition, as Nunez Viera has been released from ICE custody on bond.[2] The Report and Recommendation was returned to the Court as undeliverable.[3]

---

[1] Doc. 1.
[2] Doc. 11.
[3] Doc. 13.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Saporito's conclusion that this Court may no longer grant the requested relief, and that Nunez Viera's § 2241 petition is therefore moot. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (Doc. 12), is **ADOPTED**;

2. Nunez Viera's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** as moot; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.